## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 25, 2025

*By the Court:*

Nos. 25-2003 & 25-2070

| | |
|---|---|
| THE BOLDT COMPANY, a Wisconsin Corporation,<br>*Plaintiff/Counter – Defendant – Appellee, Cross – Appellant,*<br><br>    *v.*<br><br>BLACK & VEATCH CONSTRUCTION, INC., a Missouri Corporation,<br>*Defendant/Counter – Plaintiff – Appellant, Cross – Appellee.* | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No: 1:19-cv-08383<br><br>Andrea R. Wood,<br>*Judge.* |

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. Black & Veatch Construction Inc. shall file its opening brief and required short appendix in the main appeal docketed as No. 25-2003 on or before August 15, 2025.

2. Boldt Company shall file its combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed as No. 25-2070 on or before September 16, 2025.

3. Black & Veatch Construction Inc. shall file its reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before October 16, 2025.

4. Boldt Company shall file its reply brief, if any, in the cross-appeal on or before November 6, 2025.

form name: **c7_Order_BTC**    (form ID: **178**)